| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | State Bar No. 11479 |
| | RYAN NORWOOD |
| 3 | Assistant Federal Public Defender |
| | 411 E. Bonneville, Ste. 250 |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 388-6577/Phone |
| 5 | (702) 388-6261/Fax |
| 6 | Attorney for Chadwick Villamor |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:17-cr-00161-JAD-CWH |
| Plaintiff, | | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | | (First Request) |
| CHADWICK VILLAMOR, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ryan Norwood, Assistant Federal Public Defender, counsel for Chadwick Villamor, that the Sentencing Hearing currently scheduled on April 2, 2018 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defendant's counsel was out of the office for the past few weeks and needs additional time to disclose the revised presentence investigation report to Mr. Villamor.

2. Counsel also needs additional time to review the revised presentence investigation report.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 23rd day of March, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Ryan Norwood*<br>By_____<br>RYAN NORWOOD<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADWICK VILLAMOR,<br><br>Defendant. | Case No. 2:17-cr-00161-JAD-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, April 2, 2018 at 9:00 a.m., be vacated and continued to May 1, 2018 at the hour of 10:00 a.m.

DATED this 26th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE