

**FILED**

**UNDER**

**SEAL**

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Chadwick Villamor**

Case Number:  **2:17CR00161**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **May 8, 2018**

Original Offense: **Escape from Custody**

Original Sentence: **29 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 15, 2019**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

**PETITIONING THE COURT**

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - **You must not commit another federal, state or local crime.**

A.  On October 17, 2021, Villamor committed the offense Use/Possess Stun Gun/Device by Felon/ Fugitive, a violation of Nevada Revised Code 202.357.5A, a felony.

On October 17, 2021, at approximately 1128 hours, a Las Vegas Metropolitan Police Department officer observed a Ford Explorer bearing California license plate of 5TIG922 operating south bound on Bruce Street approaching Charleston Boulevard. A records check revealed the tags on the plates of the vehicle had expired on December 16, 2020.

RE: Chadwick Villamor

Prob12C
D/NV Form
Rev. March 2017

Due to the tags being expired, the officer conducted a vehicle stop on said vehicle and the driver was identified as Chadwick Villamor.

Due to Villamor having a violent history and various weapon offenses, the officer asked Villamor to step out of the vehicle to finish the traffic stop for officer safety. When the door was opened, in plain view, there was a large metal black baton/stun gun combo weapon sitting on the floorboard, between the driver's seat and the door. Due to this weapon being present, in Villamor's constructed possession (arm length), the officer detained Villamor for the offense of Possession Stun Gun by Felon.

The officer read the Miranda warning and asked Villamor if he knew the stun gun was in the vehicle, next to him. Villamor stated he knew the stun gun was next to him on the floorboard and stated he didn't know he couldn't possess a stun gun due to his status of being a felon.

There was also a second person in the vehicle sitting in the passenger seat. She was identified as Ashley Sprowls, who is a convicted felon. Due to Sprowls also being a convicted felon and a stun gun was in the vehicle which she stated she owns; she was read Miranda warning. The officer asked her if she knew the stun gun was in the vehicle and she stated "yes".

Villamor was transported to Clark County Detention Center and was released on October 18, 2021. His next court date in Las Vegas Justice court case 21-PC-048122-001 is scheduled for November 16, 2021, at 8:00 AM for a status check on filing of criminal complaint in the matter.

B.  As required under Nevada Revised Code (NRS) 179C.110, Villamor is required to register his address within 48 hours of his release from custody or change of residence.

On September 27, 2021, the undersigned officer received a telephone call from Villamor's ex wife stating he moved out of their home three weeks prior and Villamor had stolen her vehicle the day prior. Villamor failed to report that he had moved out of his home of record and he never registered a new address with any law enforcement agency.

On September 30, 2021 the undersigned directed Villamor to register his new address and that he was in violation of his conditions of supervision. On October 14, 2021, during an office visit, Villamor was once again directed by the undersigned to register his home address with law enforcement. As of October 25, 2021, Villamor has failed to register his

RE: Chadwick Villamor

Prob12C
D/NV Form
Rev. March 2017

address with the local police department as his recorded address remains that of his ex-wife's home and not his father's residence.

2. **Must Not Possess Firearms** - **You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

As reflected in allegation #1A, on October 17, 2021, Villamor was contacted by an officer with the Las Vegas Metropolitan Police Department (LVMPD) wherein he was found to be in possession of a Stun Gun (taser).

3. **Live At Approved Place** - **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

As reflected in allegation #1 B, on September 30, 2021, Villamor admitted that he had moved out of his home of record approximately two months prior and moved into his fathers' home without discussing the matter with the undersigned officer, nor reporting his change of address within the requisite time. In fact, it was not until confronted by the undersigned in September 2021, did Villamor advise of his change in residence.

4. **Report Police Contact Within 72 Hours** - **If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.**

On September 27, 2021, Las Vegas Metropolitan Police Department informed the undersigned officer that they had questioned Villamor on September 26, 2021, due to accusations from Villamor's ex-wife that he had stolen her vehicle.  Villamor was driving his ex-wife's vehicle which she reported stolen (taken without her consent) on September 26, 2021. The officer stated after investigating further it was determined the vehicle was not stolen and Villamor was released and cooperative throughout the investigation. Villamor failed to report this event to the undersigned officer until he was directly questioned about it.

**RE: Chadwick Villamor**

Prob12C
D/NV Form
Rev. March 2017

5. **<u>Must Not Interact With Criminals</u> - You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.**

As reflected in allegation #1 A, on October 17, 2021, Villamor was engaged in criminal activity with a convicted felon by the name of Ashley Sprowls. Specifically, Villamor was driving her vehicle that contained the stun gun. According to Las Vegas Metropolitan Police Department, Sprowls has felony convictions for Possession of a Stolen Vehicle and Grand Larceny Auto. Villamor did not have permission to associate with Sprowls.

6. **<u>Follow Instructions Of Probation Officer</u> - You must follow the instructions of the probation officer related to the conditions of supervision.**

On September 30, 2021, the undersigned directed Villamor to register his new address with LVMPD. On October 14, 2021, during an office visit, Villamor was once again directed by the undersigned to register his home address with law enforcement. As of October 25, 2021, Villamor has failed to register his address with the local police department as his recorded address remains that of his ex-wife's home and not his father's residence.

**RE: Chadwick Villamor**

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **October 25, 2021**

Digitally signed by Nickie Pipilakis
Date: 2021.10.26 09:06:47 -07'00'

_____
Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.10.25 17:05:27 -07'00'

_____
Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐      No Action.
☐      The issuance of a warrant.
X      The issuance of a summons.
☐      Other:

_____
Signature of Judicial Officer

10/26/2021

_____
Date

RE: Chadwick Villamor

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CHADWICK VILLAMOR,  2:17CR00161

## SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
### October 25, 2021

By way of case history, Mr. Villamor was sentenced to 29 months custody followed by three (3) years of supervised release for the offense of Escape from Custody. Supervised release commenced on July 15, 2019.

Villamor had some minor technical violations throughout supervision, however, over the past several months, his conduct is alarming and indicative of one who is beginning to spiral.

While under supervision, Villamor's wife requested and was granted a temporary order for protection on April 17, 2020, against Villamor over allegations of domestic violence. This protective order expired on May 21, 2020. The couple divorced but were still living together in which they were planning on marrying again.

On September 27, 2021, the undersigned officer received a telephone call from Villamor's estranged wife stating he moved out of their home three weeks prior and Villamor had stolen her vehicle the day prior. On September 27, 2021, Las Vegas Metropolitan Police Department informed the undersigned officer that they had questioned Villamor on September 26, 2021, due to accusations from Villamor's estranged wife that he had stolen her vehicle.  Villamor was driving his estranged wife's vehicle at the time of law enforcement contact. The officer stated after investigating further it was determined the vehicle was not stolen and Villamor was released and cooperative throughout the investigation. Villamor failed to report this event to the undersigned officer until he was directly questioned about it.

Villamor failed to report that he had moved out of his home of record and he never registered a new address with any law enforcement agency. The undersigned officer attempted to get ahold of Villamor to discuss non-compliance by sending text messages and leaving voicemails at three different numbers. On September 30, 2021, Villamor finally telephonically responded to the undersigned officer. He admitted that he had law enforcement contact on September 26, 2021, and that he failed to report such contact as required per his conditions of supervision. Villamor also admitted that he had moved out of his home of record approximately two months prior and moved into his fathers' home without discussing the matter with the undersigned officer or advising his change of address.

On September 30, 2021, the undersigned directed Villamor to register his new address with law enforcement, as required by state law.  On October 14, 2021, during an office visit, Villamor was once again directed by the undersigned to register his home address with law enforcement. As of October 25, 2021, Villamor has failed to register his address with the local police department as his recorded address remains that of his ex-wife's home and not his father's residence.

**RE: Chadwick Villamor**

Prob12C
D/NV Form
Rev. March 2017

As detailed in this petition, on October 17, 2021, Villamor committed the offense Use/Possess Stun Gun/Device by Felon/ Fugitive, a violation of Nevada Revised Code 202.357.5A, a felony. Villamor was the driver of a vehicle that was owned by another felon, Ashley Sprowls for which he did not have permission to associate with. Located in this vehicle was a large metal black baton/stun gun combo weapon sitting on the floorboard, between the driver's seat and the door.

Villamor was arrested and transported to Clark County Detention Center. He was released on October 18, 2021 and immediately telephonically contacted the undersigned officer. His next court date in Las Vegas Justice court case 21-PC-048122-001 is scheduled for November 16, 2021, at 8:00 a.m. for a status check on filing of criminal complaint in the matter.

Villamor is a Criminal History Category VI with an extensive history of violence and substance abuse. It is important to note the conduct resulting in this conviction in the instant case occurred while he was under home confinement serving the final months of his custodial sentence in Case No. 2:12CR00129. While under home confinement Mr. Villamor got into a fight which ended in him shooting a person in the leg. Staff at the RRC were unable to reach Villamor following the shooting, and he was listed as an escapee. Fortunately for Villamor, the case was dismissed, and he did not face additional charges arising from the shooting.

On October 25, 2021, the undersigned officer telephonically contacted a supervisor at Villamor's reported employer- Las Vegas Presort LLC. The supervisor stated Villamor has not been to work since October 21, 2021. He stated Villamor recently began working for the company on October 11, 2021, and he has already requested a leave of absence. The supervisor stated Villamor is still technically employed but they are looking into terminating his employment if he does not report back to work by November 1, 2021.

It is apparent Villamor is regressing, which is cause for significant concern, especially considering his criminal history. Within the past several months Villamor moved without notifying his probation officer, accusations from his estranged wife that he has been violent towards her, was found in possession of a dangerous weapon (Stun Gun) and associating with a convicted felon without permission. Also, he left his employment and will be terminated if he fails to return by November 1, 2021. For all reasons stated, the probation office recommends the issuance of a summons for Villamor to appear before Your Honor to show cause why supervision should not be revoked.

Respectfully submitted,

Digitally signed by
Nickie Pipilakis
Date: 2021.10.26
09:08:30 -07'00'

Nickie Pipilakis
United States Probation Officer

**RE: Chadwick Villamor**

Prob12C
D/NV Form
Rev. March 2017

Approved:

Digitally signed by Todd
Fredlund
Date: 2021.10.25 17:06:17
-07'00'

Todd J. Fredlund
Supervisory United States Probation Officer