UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADWICK VILLAMOR,<br><br>Defendant. | Case No. 2:17-CR-00161-JAD-CWH-1<br><br>**ORDER**<br><br>ECF No. 84 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, November 30, 2021 at 3:00 p.m., be vacated and continued to December 21, 2021, at 11:00 a.m.

DATED this 30th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE